**United States District Court**
For the Northern District of California

1
2
3                                        ***E-FILED 1/15/09***
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11    MARIO YEPEZ, et al.,                    No. C 08-04411  RS
12            Plaintiffs,                     **ORDER CONTINUING**
                                              **CASE MANAGEMENT CONFERENCE**
13    v.
14    JASPER SEA PALACE, et al.,
15            Defendants.
      _____/
16
17        The above-entitled case was scheduled for a Case Management Conference on January 21,
18    2009 at 2:30 p.m.  Pursuant to Civil L.R. 16-9, a Joint Case Management Conference Statement was
19    to be filed with the Court seven days prior to the Conference.  The parties failed to file a Joint
20    Statement timely.  Therefore, the Court continues the case management conference to **February 25,**
21    **2009 at 2:30 p.m.**
22        All parties shall make a determination regarding the issue of consent to the jurisdiction of the
23    Magistrate Judge and file the appropriate form no later than February 18, 2009.  The parties shall file
24    a Joint Case Management Conference Statement on or before February 18, 2009.  Counsel for
25    plaintiff shall serve this order on defendants.
26        IT IS SO ORDERED.
27    Dated:  1/15/09
28                                         _____
                                          RICHARD SEEBORG
                                          United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James Dal Bon    jdblaw@earthlink.net

Dated: 1/15/09

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28