*E-Filed 8/17/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIO YEPEZ; RAFAEL PEREZ; and ALFONSO GARCIA RIOS,<br><br>Plaintiffs,<br><br>v.<br><br>JASPER SEA PALACE, INC. d/b/a GRAND PALACE RESTAURANT; SUJUAN LI, d/b/a GRAND PALACE RESTAURANT; TAMSON COMPANY, LLC, d/b/a GRAND PALACE RESTAURANT; LAVENDER INVESTMENT, INC. d/b/a GRAND PALACE RESTAURANT; and VE LE NGUYEN, a/k/a JONATHAN NGUYEN, d/b/a GRAND PALACE RESTAURANT,<br><br>Defendants.<br>_____/ | No. 5:08-CV-4411 RS<br><br>**ORDER GRANTING UNOPPPOSED MOTION TO FILE SECOND AMENDED COMPLAINT** |

THIS MATTER is before the Court on plaintiffs' unopposed motion to file their second amended complaint. The proposed amended complaint would change defendant "Ve Le Nguyen, a/k/a Jonathan Nguyen, d/b/a Grand Palace Restaurant" to "Vy Le Nguyen d/b/a Grand Palace Restaurant." The motion is currently scheduled for hearing on September 2, 2009.

The motion is unopposed, as the deadline for filing opposition has now passed. Plaintiffs' request, therefore will be granted, and plaintiffs are directed to e-file their second amended complaint promptly.

**United States District Court**
For the Northern District of California

1    In light of this disposition, the hearing scheduled for September 2, 2009, is vacated.

2    IT IS SO ORDERED.

3

4    Dated:        8/17/09

     _____
     RICHARD SEEBORG
     United States Magistrate Judge

2