IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIO YEPEZ, et al., | **No. C 08-04411 RS** |
| Plaintiff, | **ORDER DENYING REQUEST TO APPROVE SUBSTITUTION OF COUNSEL** |
| v. | |
| JASPER SEA PALACE, et al., | |
| Defendants. | |

The request of defendant Tamson Company LLC, submitted on forms of the Central District of California, for approval to substitute as its representative in this action an individual who apparently is not an attorney is denied. An entity may not appear *pro se*. This order is without prejudice to any properly-noticed motion by counsel to withdraw, should grounds for such a motion exist.

IT IS SO ORDERED.

Dated: 12/15/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

1