**\*\*E-filed 12/17/10\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARIO YEPEZ, et al.,

        Plaintiffs,

  v.

JASPER SEA PALACE, INC., et al.,

        Defendants.

_____/

No. C 08-4411 RS

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

    A further case management conference shall be held herein on January 13, 2011, at 10:00 a.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties' joint case management conference statement, to be filed not less than one week prior to the conference,shall include an explanation as to why the parties failed to schedule a settlement conference with Magistrate Judge Trumbull, as required by the scheduling order entered on June 14, 2010.

IT IS SO ORDERED.

Dated: 12/17/10

                              RICHARD SEEBORG
                              UNITED STATES DISTRICT JUDGE