\*E-Filed 1/13/2011\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARIO YEPEZ, et al.,

        Plaintiff,

  v.

JASPER SEA PALACE, INC., et al.,

        Defendants.
_____/

No. C 08-04411 RS

**ORDER TO SHOW CAUSE**

      On January 29, 2010, an order issued permitting counsel for defendant Tamson Company, LLC to withdraw. The order advised Tamson that it could not appear in this action except through counsel, and therefore it was to make arrangements to obtain new counsel promptly. No counsel has since appeared on behalf of Tamson. Accordingly, no later than February 18, 2011, Tamson shall show cause why its answer herein should not be stricken. If Tamson's answer is stricken, plaintiff will then be permitted to apply for entry of default judgment and default judgment against it.

      Although Tamson may not appear except through counsel, for the limited purpose of responding to this order to show cause, Tamson may submit the declaration of an authorized representative setting forth any efforts it has made to obtain counsel, and any reasons it may have

1

that its answer should not be stricken. In the event that counsel for Tamson enters an appearance on or before February 18, 2011, this order to show cause will automatically be discharged.

Pursuant to the order permitting prior counsel to withdraw, service of this order on prior counsel shall constitute service on Tamson, and prior counsel shall make all reasonable efforts to ensure that Tamson receives actual notice of this order as promptly as possible.

IT IS SO ORDERED.

Dated: 1/13/2011

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2

**No. C  08-04411 RS**
ORDER