**\*E-Filed 2/14/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARIO YEPEZ, et al.,            No. C  08-04411 RS

    Plaintiff,                 **ORDER RE SCHEDULING**

 v.

JASPER SEA PALACE, INC., et al.,

    Defendants.

_____/

    Good cause appearing, all pretrial dates and the trial date are hereby vacated.  By prior order, defendant Tamson Company, LLC has been either to enter an appearance of counsel, or to show cause why its answer should not be stricken, no later than February 18, 2011.  In the event Tamson appears through counsel by that date, a further Case Management Conference will be set.  If Tamson otherwise responds to the order to show cause, an appropriate further order will issue.

    In the event Tamson fails to respond at all, an order will enter striking its answer.  Plaintiffs shall thereafter promptly move to obtain entry of default against Tamson.  In their prior Case Management Conference Statement, plaintiffs asserted that Tamson's principal, defendant Ve Le Nguyen, had answered the complaint herein.  That is incorrect.  The answer was filed solely on behalf of Tamson itself.  Additionally, no proof of service of summons and complaint on Ve Le

1

Nguyen is on file. In the event Nguyen was properly served and failed to answer, plaintiffs shall promptly file proof of service and apply for entry of default against him. In the event Nguyen was not previously served, plaintiffs must accomplish service within 20 days from the date of this order, or dismiss their claims against him.

Upon entry of default against Tamson, and entry of default or dismissal as to Nguyen, plaintiffs shall forthwith file a motion for entry of default judgment against all defendants whose defaults have been taken.

IT IS SO ORDERED.

Dated: 2/14/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE