***E-Filed 2/22/11 ***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIO YEPEZ, et al., | No. C  08-04411 RS |
| Plaintiff, | **ORDER STRIKING ANSWER** |
| v. | |
| JASPER SEA PALACE, INC., et al., | |
| Defendants. | |
| _____/ | |

Defendant Tamson Company, LLC has repeatedly been advised that it must obtain counsel to represent it in this matter, but it has failed to do so.  Tamson has not responded to the order entered on January 13, 2011 requiring it either to appear through counsel or to show cause why its answer should not be stricken.  Plaintiffs' counsel represents that Tamson's principal, and apparent sole shareholder, was last believed to be residing in Vietnam, but cannot be located.  In view of Tamson's failure to respond to Court orders and otherwise to participate in the litigation, its answer to the complaint herein must be stricken, and it is so ordered.  Plaintiffs shall proceed forthwith to obtain entry of default against Tamson and to bring this litigation to a close as previously directed.

1
2
3   IT IS SO ORDERED.
4
5   Dated: 2/22/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE