*E-Filed 4/7/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARIO YEPEZ, et al.,

    Plaintiff,

v.

JASPER SEA PALACE, INC., et al.,

    Defendants.

_____/

No. C 08-04411 RS

**ORDER TO SHOW CAUSE**

Plaintiffs were previously advised that they were either to dismiss defendant Ve Le Nguyen, or file proof of service of summons and complaint as to him. Plaintiffs were also instructed to seek entry of default judgment promptly. Although plaintiffs have since taken the preliminary step of obtaining entry of default against the remaining defendants, they have not addressed defendant Nguyen nor moved for default judgment. Accordingly, no later than April 21, 2011, plaintiffs shall file a dismissal of defendant Nguyen and a motion for entry of default judgment as to all other defendants. If they do not do so, they shall appear at 1:30 p.m. on that date and show cause, if any they have, why this action should not be dismissed in its entirety for failure to prosecute and/or failure to comply with Court orders.

IT IS SO ORDERED.

Dated: 4/6/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE